```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE MIDDLE DISTRICT OF GEORGIA
                      COLUMBUS DIVISION
```

DARIUS HARBIN,                   \*

    Petitioner,              \*

vs.                              \*          CASE NO. 4:15-CR-17 (CDL)

UNITED STATES OF AMERICA,        \*

    Respondent.              \*

## O R D E R

After a de novo review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on June 2, 2022 is hereby approved, adopted, and made the Order of the Court, including the denial of a certificate of appealability.

The Court considered Petitioner's objections to the Report and Recommendation and finds that they lack merit.

IT IS SO ORDERED, this 16th day of June, 2022.

                                                     S/Clay D. Land
                                                     CLAY D. LAND
                                                     U.S. DISTRICT COURT JUDGE
                                                     MIDDLE DISTRICT OF GEORGIA